IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OSCAR ORLANDO BARRERA-PINEDA, #18940-078, | § § § § | |
| | § | CIVIL ACTION NO. 4:22-CV-943 |
| VS. | § § | |
| UNITED STATES OF AMERICA[1] | § § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Aileen Goldman Durrett, who issued a Report and Recommendation concluding that this petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). No objections were timely filed.[2]

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that this petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

---

[1] Petitioner listed the Warden of FCC Petersburg, the United States Department of Justice, the DEA Director, the BOP, and the "District Attorney's Office" for the Eastern District of Texas as Respondents in this action. The Clerk's Office listed the Respondent as the United States of America.

[2] A copy of the Report was returned as undeliverable with the notation "Return to Sender – Attempted – Not Known – Unable to Forward" (Dkt. #8). More than ample time has passed yet Petitioner has failed to update the court with his address.

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 28th day of July, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE